**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 21, 2020

**Via ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Robert Berry,* **20 CR 72 (JMF)**

Dear Judge Furman:

The parties jointly request an adjournment of the status conference presently scheduled for April 27, 2020, of approximately 30 days. The Government is preparing a plea agreement that Mr. Berry needs to review. We anticipate that after a full review and consultation with counsel, Mr. Berry will be prepared to plead guilty.

The defense consents to the exclusion of time under the Speedy Trial Act to permit the parties to continue to discuss a pretrial disposition.

Thank you for your consideration of this application.

Respectfully submitted,

Tamara L. Giwa
Counsel for Mr. Berry
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Brett Kalikow (via ECF)

---

> Given the COVID-19 situation, application GRANTED. The conference is ADJOURNED to June 1, 2020, at 3:30 p.m. If the Defendant is prepared to change his plea before that time, the parties should file a letter motion requesting a conference to discuss when and how a plea proceeding could take place. The Court excludes time under the Speedy Trial Act between today and June 1, 2020, finding that the interests in excluding that time outweigh the interests of the Defendant and the public in a speedy trial given the need for the Defendant to confer with counsel with respect to whether and how to change his plea in view of the COVID-19 situation. The Clerk of Court is directed to terminate ECF No. 14. SO ORDERED.
>
> April 21, 2020