**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 15, 2020

**Via ECF**

Application GRANTED. The Clerk of Court is directed to terminate Doc. #19. SO ORDERED.

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

July 15, 2020

Re:   *United States v. Robert Berry,* **20 CR 72 (JMF)**

Dear Judge Furman:

I write with the consent of the Government and Pretrial services to request a modification of Mr. Berry's bail conditions to permit the removal of his ankle bracelet. Pretrial Services has informed me that Mr. Berry is doing well under supervision. He has maintained steady employment through the Carpenter's Union, and is compliant with all mandates set forth by the Court and Pretrial Services.

Thank you for your consideration of this application.

Respectfully submitted,

Tamara L. Giwa
Counsel for Mr. Berry
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Brett Kalikow (via ECF)