**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 14, 2020

**Via ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:** *United States v. Robert Berry,* 20 CR 72 (JMF)

Dear Judge Furman:

    Per the Court's order dated October 7, 2020 (ECF # 32), the parties have conferred and jointly request that the change-of-plea proceeding go forward on November 18, 2020. Mr. Berry further consents to proceed remotely in light of the ongoing public health situation.

                          Respectfully submitted,

                          Tamara L. Giwa
                          Counsel for Mr. Berry
                          Federal Defenders of New York
                          (917) 890-9729

Cc:    AUSA Brett Kalikow (via ECF)

The change-of-plea will go forward, as previously scheduled, on November 18, 2020, at 10:00 a.m. No later than October 22, 2020, defense counsel shall file a letter indicating whether the defendant is able to participate by video conference (i.e. Skype for Business platform) or by telephone. In either case, the Court will issue an Order with instructions on how to access the video/telephone call closer to the date of the proceeding. The Clerk of Court is directed to terminate Doc. #33. SO ORDERED.

October 15, 2020