# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 9, 2020

**Via ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

           Re:   *United States v. Robert Berry,* 20 CR 72 (JMF)

Dear Judge Furman:

           Per the Court's order dated October 30, 2020 (ECF # 36), the parties
have conferred and jointly request that the change-of-plea proceeding go
forward on November 18, 2020. Mr. Berry is eager to resolve this matter and
consents to proceed remotely in light of the ongoing public health situation.
Mr. Berry is able to participate by video conference or by telephone.

           The parties are available every day next week except for November 19,
2020.

                                   Respectfully submitted,

                                   Tamara L. Giwa
                                   Counsel for Mr. Berry
                                   Federal Defenders of New York
                                   (917) 890-9729

       Cc:    AUSA Brett Kalikow (via ECF)

Application GRANTED. The change-of-plea remains scheduled for November 18, 2020, at 10:00 a.m.,
and will be conducted by videoconference using the Skype for Business platform. Members of the
press and public may listen to the audio of the conference by calling 888-363-4749 and using access
code 5421540#. That line will be on listen-only mode; that is, all callers will be muted. The Court will
email Skype log-in instructions to the parties in advance of the conference. Further, the Court cautions
the parties to be more mindful of Court issued deadlines going forward. The Clerk of Court is directed
to terminate Doc. #37. SO ORDERED.

November 9, 2020