UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Robert Berry

                                  Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 72 ( ) ( )

Defendant __Robert Berry_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer   (Guilty Plea Proceeding)

_____ Tamara Giwa for Robert Berry
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___Robert Berry_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

___Tamara Giwa_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_November 18, 2020_
Date

_____
U.S. District Judge/U.S. Magistrate Judge