**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 10, 2021

**Via ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Robert Berry,* **20 CR 72 (JMF)**

Dear Judge Furman:

    Per the Court's order dated February 8, 2021 (ECF # 44), the parties have conferred and jointly request that Mr. Berry's sentencing hearing go forward on February 25, 2021. Mr. Berry consents to proceed remotely by video conference or telephone in light of the ongoing public health situation.

Respectfully submitted,

Tamara L. Giwa
Counsel for Mr. Berry
Federal Defenders of New York
(917) 890-9729

Cc:    AUSA Brett Kalikow (via ECF)

Application GRANTED. Sentencing, currently scheduled for February 25, 2021, at 2:15 p.m. will go forward virtually, using the Microsoft Teams platform. Chambers will provide the parties with instructions on how to access the proceeding in a separate Order. The Clerk of Court is directed to terminate Doc. #45. SO ORDERED.

February 11, 2021