# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 24, 2021

**Via ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED on consent. The Clerk of Court is directed to terminated ECF No. 57. SO ORDERED.

August 25, 2021

Re: *United States v. Robert Berry,* **20 CR 72 (JMF)**

Dear Judge Furman:

I write with the consent of both Pretrial Services and the government to request a modification of Mr. Berry's bail conditions to allow him to travel to the U.S. Virgin Islands for his aunt's funeral services on August 30th and 31st. Mr. Berry would like to leave New York on August 28, 2021, and return on September 7, 2021. While in the Virgin Islands, Mr. Berry will reside with his parents, Caron and Robert Berry, Sr.

Mr. Berry has been sentenced to 18 months, and has a surrender date of September 9, 2021. He will return from the Virgin Islands before his surrender date. Mr. Berry has done extremely well under the supervision of Pretrial Services, both before and after his sentencing date. Mr. Berry has maintained employment, reports regularly to his Pretrial Services officer, and has been compliant with all mandates set forth by the Court. Mr. Berry has previously traveled out of New York while under supervision, and all trips have occurred without incident. Mr. Berry's Pretrial Services officer, Ms. Dominique Jackson, has no objection to the travel and has been able to maintain contact with Mr. Berry while he was traveling.

Thank you for your consideration of this application.

Respectfully submitted,

Tamara L. Giwa
Counsel for Mr. Berry
(917) 890-9729

Cc: AUSA Brett Kalikow (via ECF)